Case 1:21-cv-00111   Document 16   Filed on 12/15/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KARL A. AVILA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> HARLINGEN CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:21-CV-111 |

## ORDER

Plaintiffs Karl A. Avila and Jennifer Taylor filed this action against Harlingen Consolidated Independent School District and Priscilla Amy Morales Anderson, bringing claims under 42 U.S.C. § 1983 for violations of their deceased son's Fourth, Fifth, and Fourteenth Amendment rights, as well as a wrongful death claim under Texas law after their son committed suicide, alleging that his suicide note "imputed this tragedy on Ms. Anderson," one of his middle school teachers. (Amended Compl., Doc. 6, ¶ 12) Defendants removed the case to federal court based on federal question jurisdiction over the constitutional claims and supplemental jurisdiction over the wrongful death claim. (Notice of Removal, Doc. 1) Subsequently, Defendants moved to dismiss the action. (Motion, Doc. 9)

In November 2021, a Magistrate Judge issued a Report and Recommendation (Doc. 15), recommending that the Court grant the Defendants' Motion to Dismiss. Specifically, the Report and Recommendation concludes that the claims based on the Fourteenth Amendment should be dismissed with prejudice because Plaintiffs did not plausibly plead a violation of their son's due process rights. (*Id.* at 13) Plaintiffs do not oppose the dismissal of their other claims. (Response to Motion, Doc. 13, 1–2) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 15). It is:

**ORDERED** that Defendants' 12(b)(1) Motion to Dismiss in Part and 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 9) is **GRANTED**;

**ORDERED** that Plaintiffs Karl A. Avila and Jennifer Taylor's claims under the Fourth, Fifth, and Fourteenth Amendments against Harlingen Consolidated Independent School District and Priscilla Amy Morales Anderson are **DISMISSED WITH PREJUDICE**; and

**ORDERED** that Karl A. Avila and Jennifer Taylor's wrongful death claims against Harlingen Consolidated Independent School District and Priscilla Amy Morales Anderson are **DISMISSED WITHOUT PREJUDICE.**

Each party will bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on December 15, 2021.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge